UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Keith Jackson
                              Plaintiff,
v.                                                  Case No.: 1:15−cv−08748
                                                    Honorable Frederick J. Kapala
Northern Illinois University, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 23, 2018:

    MINUTE entry before the Honorable Iain D. Johnston: The motion for leave to file oversized briefs [107] is unopposed and granted. The plaintiff may file a consolidated 30 page brief in response to the defendants' motions for summary judgment [100], [103], and defendant Suttenfield may file a 20 page brief in response to the plaintiff's motion for summary judgment [97]. Presentment of the motion set for 1/25/2018 is stricken. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.