IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15 C 8748 |
| | ) | |
| v. | ) | Honorable Frederick J. Kapala |
| | ) | |
| NORTHERN ILLINOIS UNIVERSITY, THE BOARD OF TRUSTEES OF NORTHERN ILLINOIS UNIVERSITY, NANCY SUTTENFIELD, and DOUGLAS BAKER, | ) ) ) ) ) | Magistrate Judge Iain Johnston |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, the undersigned attorney requests that this Court allow him to withdraw from representation of defendants Board of Trustees of Northern Illinois University ("NIU") and Douglas Baker. In support of his motion, counsel states as follows:

1. The undersigned attorney has accepted other employment and will no longer be practicing law at the Office of the Illinois Attorney General.

2. Assistant Attorney General Brian Pilon remains as counsel of record for these defendants and will continue to represent them in this action.[1]

3. A copy of this motion has been served on all counsel of record via the CM/ECF system.

---

[1] Nancy Suttenfield is represented by different counsel, and "Northern Illinois University" has been dismissed as a named defendant as redundant to NIU.

WHEREFORE, the undersigned prays that this Court enter an order allowing the undersigned attorney's withdrawal.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

s/ *Kevin Lovellette*
Kevin Lovellette
Assistant Attorney General
General Law Bureau
100 W. Randolph, 13th Floor
Chicago, Illinois 60601
(312) 814-3720