# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Keith Jackson

                    Plaintiff,

v.                                             Case No.: 1:15−cv−08748
                                                    Honorable Frederick J. Kapala

Northern Illinois University, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 26, 2018:

       MINUTE entry before the Honorable Iain D. Johnston: Attorney Kevin Lovellette's motion to withdraw [126] is granted because another attorney from his office remains as counsel for the defendants. The clerk is directed to terminate the appearance of Mr. Lovellette. Presentment of the motion set for 3/13/2018 is stricken. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.